In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-009 CR


____________________



BRUCE EDWARD DAVIS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court 


Jefferson County, Texas


Trial Cause No. 99510






MEMORANDUM OPINION


 On September 24, 2007, the trial court sentenced Bruce Edward Davis on a conviction
for possession of a controlled substance as a repeat offender. Davis filed a notice of appeal
on December 10, 2007. The trial court entered a certification of the defendant's right to
appeal in which the court certified that this is a plea-bargain case and the defendant has no
right of appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial
court's certification to the Court of Appeals.

 On January 7, 2008, we notified the parties that we would dismiss the appeal unless
the trial court filed an amended certification within thirty days of the date of the notice and
made it a part of the appellate record. See Tex. R. App. P. 37.1. The trial court has not
supplemented the record with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered February 20, 2008

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.